# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO. 25-cv-00325

RCBA NUTRACEUTICALS, LLC d/b/a
RONNIE COLEMAN SIGNATURE
SERIES,

    Plaintiff,

vs.

CONTINENTAL CASUALTY
COMPANY.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, RCBA Nutraceuticals, LLC d/b/a Ronnie Coleman Signature Series, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice of its voluntary dismissal, without prejudice, of its claims against Defendant, Continental Casualty Company. Defendant has not filed an Answer or Motion for Summary Judgment.

    Respectfully Submitted,

**CLAYTON TRIAL LAWYERS, PLLC**
*Attorneys for Plaintiff*
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Phone: (954) 712-2300

By: */s/ Miguel Aristizabal*
    WILLIAM R. CLAYTON
    Florida Bar No. 485977
    claytonw@ctllawyers.com

1

rosr@ctllawyers.com  
MIGUEL ARISTIZABAL  
Florida Bar No. 124925  
aristizabalm@ctllawyers.com  
service@ctllawyers.com  
RILEY F. KENNEDY  
Florida Bar No. 124149  
kennedyr@ctllawyers.com  
dasilvak@ctllawyers.com  

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on April 2, 2025, the foregoing document was electronically served via the CM/ECF system on all counsel of record.

*/s/ Miguel Aristizabal*  
MIGUEL ARISTIZABAL

2